# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:12CR00126-02 JLH

LARIN LOCKHART

## ORDER

The parties have filed a joint motion to amend the plea agreement and presentence report. The parties previously stipulated that the loss amount was between $30,000 and $70,000. After further investigation, the parties agree that the amount of loss is between $10,000 and $30,000. The plea agreement is amended accordingly. The Court directs the author of the presentence report to revise the presentence report to reflect the new stipulation regarding the loss amount. The joint motion is therefore GRANTED. Document #97.

IT IS SO ORDERED this 21st day of August, 2013.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE