FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 24 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              NO. 4:12CR00126-02 JLH

LARIN LOCKHART                                               DEFENDANT

## AMENDED JUDGMENT & COMMITMENT ORDER

Without objection, the government's motion to amend the Judgment & Commitment Order entered on December 4, 2013, is GRANTED.  Document #106.

IT IS THEREFORE ORDERED that the Judgment & Commitment Order entered on December 4, 2013, is hereby amended to reflect that the total restitution amount owed of $26,600.00, is payable to the victims as indicated on the attached spreadsheet.

Upon disbursement of payments to each victim, the Clerk is directed to send a copy of each disbursement concurrently to Western Union, Global Security/Global Investigations, 12500 E. Belford Avenue, M21B1, Englewood, Colorado 80112, Attn: Randy Hansen.

All other conditions contained in the original Judgment & Commitment remain in full force and effect.

IT IS SO ORDERED this ___24th___ day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

Larin Lockhart Restitution List

| | Amount: | Victim Information: | Victim Address: | Victim Phone #: |
|---|---|---|---|---|
| | $4,750.00 | Campos Insurance | 502 E. Expressway 83, Weslaco, TX 78596 | (956) 969-2122 |
| | $950.00 | A&J Tobacco | 7128 Hwy. 301 North, Lake Cormorant MS 38641 | (662) 781-0970 |
| | $950.00 | Monterey Grocery and Deli | 1324 Monterey Rd., Pearl, MS 39208 | (601) 932-6620 |
| | $950.00 | Movie Towne | 123 Valley View Rd., Rose Bud, AR 72137 | (501) 556-4488 |
| Lazaro Acosta | $3,800.00 | Lazaro Acosta | 2345 West 52nd St., Hialeah, FL 33016 | (305) 281-4554 |
| Jen Chang | $1,900.00 | Centerfire | 2689 Mission St., San Francisco, CA 94110 | (415) 695-8861 |
| | $1,900.00 | Telfer Restauraunt and Bakery | 748 Linden Blvd., Brooklyn, NY 11203 | (718) 485-2710 |
| | $1,900.00 | Kotoko International Food | 281 Burnside Ave., East Hartford, CT 06108 | (860) 282-7744 |
| | $8,550.00 | Verma Fuel | 375 Clinton Ave., Hempstead, NY 11550 | (516) 280-5836 |
| Ramo Libic | 950.00 | International Grocery and Music Store | 1024 Webster Ave. Utica, NY 13501 | (315) 601-1228 |
| | $26,600.00 | | | |